# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Wilhelm I Wade, et al.

                            Plaintiff,

v.                                         Case No.: 1:16–cv–09022

                                         Honorable Rebecca R. Pallmeyer

Ivan I. Ramos, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Rule 16 conference held on 12/21/2016. Plaintiffs' motion for leave to file First Amended Complaint [57] granted. Defendants' motion for entry of protective order [51] granted, but the court agrees with Plaintiff that the detailed protocol for redaction need not be part of the court order. Proposed revised protective order to be submitted. Rule 26(a)(1) disclosures to be made by 1/3/2017. Fact discovery to be completed by 9/5/2017. Dispositive motions to be filed by 10/19/2017. Status hearing set for 3/1/2017 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.