UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILHELM I. WADE, SE'MONE M. WADE, and TIRAE L. DOTSON, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 16 C 9022 |
| v. | )<br>) Judge Rebecca R. Pallmeyer |
| IVAN I. RAMOS, SALVATORE REINA, JOHN W. FRANO, MARVIN J. BONNSTETTER, KEVIN GARCIA, MICHAEL A. NAPOLI , VITO P. RAIMONDI, TONIA M. MORIN, JOSEPH M. ROMAN, JENNIFER L. TERZICH, LAWRENCE O. STUCKERT, SANTOS T. REYES, JR., and CITY OF CHICAGO, | )<br>) Magistrate Judge Susan E. Cox<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND OTHER ITEMS**

Plaintiffs, WILHELM I. WADE, SE'MONE M. WADE, and TIRAE L. DOTSON, by and through their attorneys, Irene K. Dymkar and Daniel H. Regenscheit, move this Court for an order compelling production of responsive materials withheld by defendants, including inventory sheets, surveillance video, proof of residency seized, a J. Doe criminal history report and all documents given to the judge issuing the warrant, and defendant disciplinary "Complaint Register" (CR) files.  In support thereof, plaintiffs state:

1.  On February 28, 2017, plaintiffs issued Plaintiffs' First Set Of Requests To Produce Submitted To All Defendants, requesting inventory reports, surveillance video seized from the Wade plaintiffs' home, the J. Doe criminal history report and all other documents presented to the judge who signed the search warrant, and defendants' CR files.

2.  On April 7, 2017, the individual defendants responded to plaintiffs' request to produce.  Exhibit A.

3.  On May 25, 2017, the City of Chicago responded to plaintiffs' request to produce, directing plaintiffs to individual defendants' production.  Exhibit B.

1

4. The individual defendants produced inventory reports documenting items seized from 4131 W. Crystal St., Chicago, Illinois. Exhibits A #1. This production, however, included only the following inventory reports, Bates Stamped Defendants' 24-33:

- 13531395
- 13531406
- 13531410
- 13531434
- 13531436

5. The individual defendants also produced a search warrant packet, attached hereto as Exhibit C, indicating the existence of numerous other inventory reports that have not been produced by the defendants:

- 13531391
- 13531395
- 13531421
- 13531423
- 13531427
- 13531429
- 13531433
- 13531435
- 13531437
- 13531439
- 13531440
- 13531443
- 13531447
- 13531449
- 13531457

- 13531461
- 13531504

6. On July 28, 2017, plaintiffs' counsel Irene Dymkar emailed defense counsel requesting the missing inventory reports. Defense counsel provided no response as of August 7, 2017.

7. Missing inventory report 13531439 indicates defendants removed a monitor and DVR recording system from the basement of the building searched. Exhibit C, at Def. 418. Based on photographs produced by the defendants, plaintiffs believe this may be surveillance video belonging to the landlords of 4131 W. Crystal and documenting the police activity at 4131 W. Crystal at the time of the raid of plaintiffs' apartment. Plaintiffs' request to produce # 17 asked for all videos, but no video has been produced by the defendants. Exhibits A, B, #17.

8. Missing inventory report 13531429 indicates proofs of residency were taken from an apartment, but the exact contents are unknown. Exhibit C, at Def. 418. Based on photographs produced by the defendants, plaintiffs believe the inventoried items may indicate the residence of Terrell Johnson as 4131 W. Crystal St., Apt. 1. No proofs of residency documents have been produced.

9. Plaintiffs' request to produce # 21 requests all items provided to the judge supporting the search warrant, # 15SW7339, at issue in this case. Defendants' counsel have indicated that a document containing the J. Doe witness's criminal history was provided to the judge. Plaintiffs' request to produce # 27 requests specifically the criminal history report for any witness. Defendants have refused to produce the J. Doe's criminal history report. *See* Exhibits A, B, # 21, 27.

10. Defense counsel has previously stated to plaintiffs' counsel that they would review the J. Doe's criminal history file, but doubted they would produce any report, even redacted, because it might reveal the identity of the J. Doe witness. No criminal history report has been provided.

11. Plaintiffs request to produce # 30 requests all CR files. Defendants have produced a list of CR files, but not the CR files themselves, even those that are obviously labeled "search of premises/vehicle without warrant" or "illegal arrest." Defense counsel have asked plaintiffs' counsel to pick out the most relevant files for reproduction. However, plaintiffs' counsel has explained that the descriptions are so minimal, such as "inventory procedures" or "civil suit," or "miscellaneous," that it is impossible to determine what files may be important in this case. Defendants are not willing to produce all files and to date have produced no files.

12. Plaintiffs have complied with Local Rule 37.2. After written correspondence between the parties, face-to-face conferences between the parties took place on July 6, and July 10, 2017, and good faith attempts to resolve differences as set forth herein, the parties are unable to reach an accord on the issues presented herein.

WHEREFORE, plaintiffs request this Court issue an order compelling defendants to

1. Produce inventory sheet numbers 13531391, 13531395, 13531421, 13531423, 13531427, 13531429, 13531433, 13531435, 13531437, 13531439, 13531440, 13531443, 13531447, 13531449, 13531457, 13531461, and 13531504;
2. Produce any video of 4131 W. Crystal St., in their possession;
3. Produce any proofs of residency or other documents seized from 4131 W. Crystal St., Chicago, Illinois, on September 16, 2015;
4. Produce the criminal history report of the J. Doe witness and any other documents provided to the judge who signed search warrant # 15SW7339;
5. Produce all CR files for defendants.

Dated: August 7, 2017          /s/ Irene K. Dymkar
                                                                 Irene K. Dymkar

*Attorneys for Plaintiffs*

Irene K. Dymkar
Daniel H. Regenscheit
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604
(312) 345-0123