


# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

## CRIMINAL HISTORY REPORT

CPD-31903C (REV. 7/04)

**>>> CONVICTED FELON <<<**

CPD photo

**JACKSON, LAUN**
IR #    **1049955**
SID # **32960230**
FBI # **694475TA8**
IDOC # **K59770**

Current Arrest Information:

| | |
|---|---|
| Date of Birth: | ▓▓▓-1975 |
| Age: | 39 years |
| Place of Birth: | ILLINOIS |
| Drivers License #: | 52581276187J |
| Drivers Lic. State: | ILLINOIS |

MALE
BLACK
5'09"
180 lbs
EYES : BRO
HAIR : BLK
HAIR STYLE : SHORT
COMPLEXION : DRK

Scars, Marks &Tattoos:

SCAR, THIGH, LEFT -
TATTOO, FOREARM, LEFT - SO MANY TEARS RIP PETE
TATTOO, FOREARM, LEFT - T STONE/CLOUDS/MOON/EYES

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used |
|---|---|---|
| JOHNSON, TERRELL L | 13-NOV-2008 | ▓-1976 |
| JOHNSON, TERRELL L | 20-AUG-2003 | ▓-1976 |
| JOHNSON, EARL | 20-MAR-2002 | ▓-1976 |
| KIZER, ERICK | 02-OCT-2000 | ▓-1976 |
| JOHNSON, EARL | 19-JUL-1999 | ▓-1978 |
| JOHNSON, TERRELL L | 19-APR-1997 | ▓1976 |
| JOHNSON, TERREL L | 31-OCT-1994 | ▓1976 |
| JOHNSON, LAWAUN T | 25-OCT-1993 | ▓-1975 |
| JOHNSON, TERRELL | 24-SEP-1993 | ▓1976 |
| JACKSON, LAUN | 01-JAN-1700 | ▓-1975 |
| TOHNSON | Not Available | Available |
| TERRELL JOHNSON | Not Available | Not Available |
| LAWAUN JOHNSON | Not Available | Not Available |
| JOHNSON, EARL | Not Available | Not Available |

Criminal Justice Summary: Total arrests: **22** (8 Felony, 8 Misdemeanor)     Total convictions: **3**

─────────────── ARREST ───────────────

Arrest Name: **JOHNSON, TERRELL L**     Arrest Date: **30-JUN-2016**     Holding Facility: **CPD - DISTRICT 011 MALE**



EXHIBIT C

Chicago Police Department on 26-MAY-2017 08:22 by PC0E710 for IR # 1049955        Page 2 of 9

Date of Birth: 01-JUL-1976         Arrest Address: 934 N LECLAIRE AVE CHICAGO, IL 60651
DCN or CB: 019335620               Residence: 934 N LECLAIRE AVE CHICAGO, IL 60651
Officer: LAURETO                   Officer Badge#: 5882        Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [2] | X | F | 720 ILCS 570.0/401-A-1-A | Mfg/Del15<100 Gr Heroin/Anlg | OFFENSE AS CITED |
| [2] | 1 | F | 720 ILCS 570.0/401-C-2 | Pcs - Mfg/Del1<15 Gr Cocaine/Anlg | OFFENSE AS CITED |

═══ ARREST ═══

Arrest Name: JOHNSON, TERRELL       Arrest Date: 21-MAY-2014   Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1976          Arrest Address: 5309 W POTOMAC AVE # 1 CHICAGO, IL 60651
DCN or CB: 018898880                Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: STEGMILLER                 Officer Badge#: 18764       Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402-C | PCS - POSSESSION - POSS AMT C | M | 14111472501 |

Disposition: NOLLE PROSEQUI                         Disposition Date: 19-JUN-2014
Sentence:                                           Sentence Date:

═══ ARREST ═══

Arrest Name: JOHNSON, TERRELL       Arrest Date: 27-OCT-2012   Holding Facility: CPD - DISTRICT 025 MALE
Date of Birth: ██-███-1976          Arrest Address: 5555 W GRAND AVE CHICAGO, IL 60639
DCN or CB: 018526424                Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: LIPA                       Officer Badge#: 17321       Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-5 | Criminal Trespass To State Land | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-5 | CRIMINAL TRESPASS TO STAT | M | 12125050101 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE     Disposition Date: 31-OCT-2012
Sentence:                                                     Sentence Date:

═══ ARREST ═══

Arrest Name: JOHNSON, TERRELL L     Arrest Date: 30-JUL-2012   Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1976          Arrest Address: 3801 W CHICAGO AVE CHICAGO, IL 60624
DCN or CB: 018462703                Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: DIBLICH                    Officer Badge#: 6643        Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |
| [1] | U | | 625 ILCS 5.0/3-707 | Insurance - Operate Mtr Vehicle Without | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Revoked License | OFFENSE AS CITED |
| [1] | L | | 9-76-210(B) | Broken Or Cracked Glass Exceeds Six Inches | OFFENSE AS CITED |
| [1] | L | | 9-76-180(A) | Seat Safety Belt-Front Seat | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570-402-C | PCS | M | 12111884301 |

Disposition: NOLLE PROSEQUI     Disposition Date: 22-AUG-2012
Sentence:     Sentence Date:

━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━

Arrest Name: JOHNSON, TERRELL L     Arrest Date: 03-OCT-2009     Holding Facility: CPD - DISTRICT 025 MALE
Date of Birth: ███-1976     Arrest Address: 3542 W THOMAS ST CHICAGO, IL 60651
DCN or CB: 017690382     Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: MC CAIN     Officer Badge#: 18615     Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 550.0/4-D | Cannabis - Possess 30-500 Grms | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-550/4-D | CANNABIS - POSSESS 30-500 | M | 09114070401 |

Disposition: FINDING - NO PROBABLE CAUSE - DISMISSED     Disposition Date: 22-OCT-2009
Sentence:     Sentence Date:

━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━

Arrest Name: JOHNSON, TERRELL L     Arrest Date: 13-NOV-2008     Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ███-1976     Arrest Address: 3601 W AUGUSTA BLVD CHICAGO, IL 60651
DCN or CB: 017416035     Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: HEFEL     Officer Badge#: 13074     Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-030 | Drinking Alcohol On The Public Way | OFFENSE AS CITED |

━━━━━━━━━━━━━━━━━━ IDOC EVENT ━━━━━━━━━━━━━━━━━━

EVENT: RECEIVED     Received Date: 18-SEP-2008
Institution Name: STATEVILLE     Discharge Date: 15-OCT-2008

━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━

Arrest Name: JOHNSON, EARL     Arrest Date: 16-SEP-2008     Holding Facility: CPD - CENTRAL MALE

Chicago Police Department on26-MAY-2017 08:22 by PC0E710 for IR # 1049955     Page 4 of 9

Date of Birth: ●●●●-1976     Arrest Address: 1001 N HAMLIN AVE CHICAGO, IL 60651
DCN or CB: 017363160     Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: JOHNSON     Officer Badge#: 17442     Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - |  | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

=============== IDOC EVENT ===============

**EVENT: ON PAROLE**

Institution Name:     Parole Date:
Case Number:     Discharge Date: 15-OCT-2008

=============== ARREST ===============

Arrest Name: JOHNSON, TERRELL     Arrest Date: 06-NOV-2007     Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ●●●●-1976     Arrest Address: 3637 W DIVISION ST CHICAGO, IL 60651
DCN or CB: 017067664     Residence: 1123 N LAWLER AVE CHICAGO, IL 60651
Officer: STANEK     Officer Badge#: 10446     Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - |  | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/21-1-1-A | Crim Damage Prop-Knowingly Damage <$300 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-1-1-A | CRIM DAMAGE PROP-KNOWINGL | M | 07129120801 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE     Disposition Date: 16-NOV-2007
Sentence:     Sentence Date:

=============== ARREST ===============

Arrest Name: JOHNSON, TERRELL     Arrest Date: 19-OCT-2006     Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ●●●●-1976     Arrest Address: 3601 W AUGUSTA BLVD CHICAGO, IL 60651
DCN or CB: 016692518     Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: HATTER     Officer Badge#: 9607     Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] |  | L | 8-4-030 | Drinking Alcohol On The Public Way | OFFENSE AS CITED |

=============== ARREST ===============

Arrest Name: JOHNSON, TERRELL L     Arrest Date: 20-AUG-2003     Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ●●●●-1976     Arrest Address: 3733 W CHICAGO AVE CHICAGO, IL 60651
DCN or CB: 015557533     Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: FOLEY     Officer Badge#: 10613     Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-1 | - | 1 | 20031283931 |

Disposition: BAIL BOND FORFEITURE          Disposition Date: 22-SEP-2003
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS          Sentence Date:
Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE          Disposition Date: 29-OCT-2003
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS          Sentence Date:

━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━

Arrest Name: JOHNSON, TERRELL L          Arrest Date: 24-DEC-2002          Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ▓▓▓-1976          Arrest Address: 3941 W THOMAS ST CHICAGO, IL 60651
DCN or CB: 015330202          Residence: 1100 N HARDING AVE CHICAGO, IL 60651
Officer: DARLIN          Officer Badge#: 3893          Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 570.0/402-A-1 | Pcs - Possession - 15+Grms - Heroin | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/401(D) | OTHER AMT NARCOTIC SCHED I&II | 1 | 2003CR00972 |

Disposition: SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS          Disposition Date: 21-JAN-2004          **CONVICTED**
Sentence: DOC 003 YEARS 00 MONTHS 000 DAYS          Sentence Date: 21-JAN-2004

━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━

Arrest Name: JOHNSON, EARL          Arrest Date: 20-MAR-2002          Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ▓▓▓-1976          Arrest Address: 3151 W HARRISON ST CHICAGO, IL 60612
DCN or CB: 015067259          Residence: 3904 W THOMAS ST CHICAGO, IL 60651
Officer: GUSHINIERE          Officer Badge#: 20914          Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | |

━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━

Arrest Name: KIZER, ERICK          Arrest Date: 02-OCT-2000          Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ▓▓▓-1976          Arrest Address: 3919 W CHICAGO AV CHICAGO, IL 60651
DCN or CB: 014598433          Residence: 948 S CENTRAL AV CHICAGO, IL 60644
Officer: LESNER          Officer Badge#: 10983          Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | |

Chicago Police Department on26-MAY-2017 08:22 by PC0E710 for IR # 1049955     Page 6 of 9

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-2 | CRIMINAL TRESPASS TO VEHI | 1 | 20001320445 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 22-APR-2002
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

Disposition: BAIL BOND FORFEITURE    Disposition Date: 08-NOV-2000
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

---

### ARREST

Arrest Name: JOHNSON, TERRELL    Arrest Date: 21-APR-2000    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1976    Arrest Address: 834 N MONTICELLO AV CHICAGO, IL 60651
DCN or CB: 014461924    Residence: 1021 N MONTICELLO AV CHICAGO, IL 60651
Officer: JOHNSON    Officer Badge#: 9772    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/12-1-A | Assault - Simple | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-1 | ASSAULT | 1 | 20001246807 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 15-JUN-2000
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

---

### ARREST

Arrest Name: JOHNSON, TERRELL    Arrest Date: 26-AUG-1999    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1976    Arrest Address: 3600 W CHICAGO AV CHICAGO, IL 60651
DCN or CB: 014274642    Residence: 948 N CENTRAL PARK AV CHICAGO, IL 60651
Officer: AKERSON    Officer Badge#: 15971    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-010(A) | Disorderly Conduct - Breach Of Peace | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/26-1A1 | | 1 | 19991308205 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 12-OCT-1999
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

---

### ARREST

Arrest Name: JOHNSON, EARL    Arrest Date: 19-JUL-1999    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1978    Arrest Address: 1026 N ST LOUIS AV CHICAGO, IL 60651
DCN or CB: 014245284    Residence: 846 N MONTICELLO AV CHICAGO, IL 60651
Officer: BROWN    Officer Badge#: 14562    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5/24-1(A)(10) | Unlawful Use Weapon - Carry/Possess Pistl/Revol/Etc | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/24-1.1(A) | FELON POSS/USE WEAPON/FIREARM | 1 | 1999CR17673 |

Disposition: SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS    Disposition Date: 21-JAN-2004    **CONVICTED**
Sentence: DOC 002 YEARS 00 MONTHS 000 DAYS                   Sentence Date: 21-JAN-2004

═══════ ARREST ═══════

Arrest Name: JOHNSON, TERRELL L        Arrest Date: 19-APR-1997    Holding Facility:
Date of Birth: ▓▓▓▓▓-1976              Arrest Address: 3608 W CHICAGO AV CHICAGO,
DCN or CB: 010501780                   Residence: 836 N MONTICELLO CHICAGO, IL 60651-0000
Officer:                               Officer Badge#:              Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3.2 | Domestic Battery | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5-12-32A1 | - | M | 97120524701 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 23-MAY-1997
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS          Sentence Date:

═══════ ARREST ═══════

Arrest Name: JOHNSON, TERRELL          Arrest Date: 10-APR-1996    Holding Facility:
Date of Birth: ▓▓▓▓▓-1976              Arrest Address: 726 N LAWNDALE AV CHICAGO, IL
DCN or CB: 010203317                   Residence: 5263 W NORTH AVE 1ST CHICAGO, IL 60639-0000
Officer: BUTLER                        Officer Badge#: 7736         Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |
| [1] | 4 | F | UUW | Unlawful Use Weapon (After Jan 1995) | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 430-65/2(A)(1)4 | POSS FIREARM FOID N/ISS I | F | 96CR1243301 |

Disposition: NOLLE PROSEQUI                                  Disposition Date: 29-SEP-1997
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS           Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5-16-2 | - | M | 96111386701 |

Disposition: NOLLE PROSEQUI                                  Disposition Date: 30-APR-1996
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS           Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/24-1(A)(10)1 | CARRY/POSSES FIREARM IN P | F | 96CR1243301 |

Disposition: **NOLLE PROSEQUI**  Disposition Date: **29-SEP-1997**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**  Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/24-1.1 | UNLWFL USE FIREARMS/FELON | F | 96CR1243301 |

Disposition: **SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS**  Disposition Date: **15-OCT-1997**  **CONVICTED**
Sentence: **DOC 002 YEARS 00 MONTHS 000 DAYS**  Sentence Date: **15-OCT-1997**

━━━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━━━

Arrest Name: **JOHNSON, TERREL L**  Arrest Date: **31-OCT-1994**  Holding Facility:
Date of Birth: ●●●●●-1976  Arrest Address: **3531 W CHICAGO AV CHICAGO, IL**
DCN or CB: **009869372**  Residence:
Officer: **LABIAK**  Officer Badge#: **2350**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | MOB ACTION | Mob Action Fail To Disperse | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5-25-1 | - | M | 94140112301 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  Disposition Date: **29-NOV-1994**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**  Sentence Date:

━━━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━━━

Arrest Name: **JOHNSON, LAWAUN T**  Arrest Date: **25-OCT-1993**  Holding Facility:
Date of Birth: ●●●●●-1975  Arrest Address:
DCN or CB: **009518665**  Residence:
Officer:  Officer Badge#:  Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | U | | 95.5-3-707 | Operate Uninsured Mtr Vehicle | |

━━━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━━━

Arrest Name: **JOHNSON, TERRELL**  Arrest Date: **24-SEP-1993**  Holding Facility:
Date of Birth: ●●●●●-1976  Arrest Address: **730 N PULASKI RD CHICAGO, IL**
DCN or CB: **009494428**  Residence:
Officer: **ESPINO**  Officer Badge#: **8975**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | CTTL | Criminal Trespass To Land | |

Chicago Police Department on26-MAY-2017 08:22 by PC0E710 for IR # 1049955  Page 9 of 9

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/21-5 | - | M | 93133918001 |

*Disposition:* **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  *Disposition Date:* **15-OCT-1993**
*Sentence:* **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**  *Sentence Date:*

═══════════════════════════════ ARREST ═══════════════════════════════

Arrest Name: **JACKSON, LAUN**  Arrest Date: **01-JAN-1700**  Holding Facility:
Date of Birth: ██████-1975  Arrest Address: **105 S LOTUS CHICAGO, IL**
DCN or CB: **009436455**  Residence:
Officer:  Officer Badge#:  Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | INTIMIDATION | Intimidation | |

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

26-MAY-2017 08:22  Requested by: PC0E710