


# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

## CRIMINAL HISTORY REPORT

CPD-31903C (REV 7/04)

**>>> CONVICTED FELON <<<**

**NERO, PIERRE**
IR # **1185675**
SID # **38618550**
FBI # **32142EB7**
IDOC #

Current Arrest Information:

| | |
|---|---|
| Date of Birth: | ███1979 |
| Age: | 36 years |
| Place of Birth: | ILLINOIS |
| Drivers License #: | |
| Drivers Lic. State: | |
| Scars, Marks & Tattoos: | |

CPD photo
MALE
BLACK
HISPANIC
5'05"
190 lbs
EYES : BRO
HAIR : BLK
HAIR STYLE :
BALD
COMPLEXION :
MBR

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used |
|---|---|---|
| NERO, PIERRE | 31-AUG-2015 | ███1979 |
| NERO, PIERRE A | 31-AUG-2004 | ███1979 |
| NERO, PIERRE | 18-JUN-2003 | ███1979 |
| HAMILTON, RAYMOND A | 25-JAN-1999 | ███1979 |
| NERO, PIERRE | 06-MAR-1998 | ███1979 |
| NERO, PIERRE A | 04-FEB-1997 | ███1979 |
| NERO, PIERRE | 22-JAN-1997 | ███1979 |

Criminal Justice Summary: Total arrests: **21** (11 Felony, 7 Misdemeanor)     Total convictions: **6**

═══════════════════ ARREST ═══════════════════

| | | | |
|---|---|---|---|
| Arrest Name: **NERO, PIERRE** | Arrest Date: | 25-AUG-2016 | Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: ███-1979 | Arrest Address: | 643 N SAWYER AVE CHICAGO, IL 60624 | |
| DCN or CB: 019361494 | Residence: | 643 N SAWYER AVE CHICAGO, IL 60624 | |
| Officer: **CONNER** | Officer Badge#: 18863 | Arresting Agency: CPD | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | X | F | 720 ILCS 570.0/407-B-1 | Mfg/Del Cocaine/Sch/Pub Hs/Pk | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|


EXHIBIT D

http://chris.chicagopolice.org/pls/clea[...]_html?p=8LmTssHjZZFjM...     5/26/2017

| 720-570/407-B-1 | MFG/DEL COCAINE/SCH/PUB HS/PK | M | 16111795601 |

Disposition: SUPERCEDED BY INDICTMENT    Disposition Date: 23-SEP-2016
Sentence:    Sentence Date:

===== ARREST =====

Arrest Name: NERO, PIERRE A    Arrest Date: 16-SEP-2015    Holding Facility: CPD - DISTRICT 025 MALE
Date of Birth: ██-███-1979    Arrest Address: 4131 W CRYSTAL ST # 2 CHICAGO, IL 60651
DCN or CB: 019189056    Residence: 643 N SAWYER AVE # 2 CHICAGO, IL 60624
Officer: RAMOS    Officer Badge#: 3823    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |

===== ARREST =====

Arrest Name: NERO, PIERRE    Arrest Date: 31-AUG-2015    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1979    Arrest Address: 3517 W AUGUSTA BLVD CHICAGO, IL 60651
DCN or CB: 019179382    Residence: 643 N SAWYER AVE # 1 CHICAGO, IL 60624
Officer: STUCKERT    Officer Badge#: 17989    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/25-5-A-4 | Streetgang Contact/Parole | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/25-5-A-4 | STREETGANG CONTACT/PAROLE | M | 15121336001 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 15-OCT-2015
Sentence:    Sentence Date:

===== ARREST =====

Arrest Name: NERO, PIERRE    Arrest Date: 28-SEP-2004    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1979    Arrest Address: 3324 W BELDEN AVE # 3 CHICAGO, IL 60647
DCN or CB: 015959851    Residence: 1030 N ST LOUIS AVE CHICAGO, IL 60651
Officer: SPANOS    Officer Badge#: 9467    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | X | F | 720 ILCS 570.0/405-B | Calculated Criminal Drug Conspiracy | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/24-1.6(a)(2) | AGG UUW/ON PERSON | F | 04CR2704401 |

Disposition: NOLLE PROSEQUI    Disposition Date: 31-OCT-2005
Sentence:    Sentence Date:

Disposition: NOLLE PROSEQUI    Disposition Date: 31-OCT-2005
Sentence:    Sentence Date:

Chicago Police Department on 26-MAY-2017 08:26 by PC0E710 for IR # 1185675         Page 3 of 9

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/401 | CRIMINAL DRUG CONSPIRACY | F | 04CR2775702 |

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS  *Disposition Date:* 31-OCT-2005  **CONVICTED**
*Sentence:* DOC 012 YEARS 00 MONTHS 000 DAYS  *Sentence Date:* 31-OCT-2005

*Disposition:* ARREST WARRANT - RECALLED AND QUASHED  *Disposition Date:* 31-OCT-2005
*Sentence:*  *Sentence Date:*

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570\405.1(A) | CRIMINAL DRUG CONSPIRACY | F | 04CR2704401 |

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS  *Disposition Date:* 31-OCT-2005  **CONVICTED**
*Sentence:* DOC 006 YEARS 00 MONTHS 000 DAYS  *Sentence Date:* 31-OCT-2005

*Disposition:* ARREST WARRANT - RECALLED AND QUASHED  *Disposition Date:* 31-OCT-2005
*Sentence:*  *Sentence Date:*

---

============ ARREST ============

Arrest Name: NERO, PIERRE A        Arrest Date: 31-AUG-2004    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-███-1979          Arrest Address: 958 N DRAKE AVE CHICAGO, IL
DCN or CB: 015930433               Residence: 1030 N ST LOUIS AVE CHICAGO, IL 60651
Officer: HARMON                    Officer Badge#: 6130    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 10-8-515 | Soliciting Unlawful Business | OFFENSE AS CITED |

============ ARREST ============

Arrest Name: NERO, PIERRE          Arrest Date: 18-JUN-2003    Holding Facility: CCSPD - MAYBROOK
Date of Birth: ██-███-1979          Arrest Address: 4016 W CRYSTAL ST # BSMNT CHICAGO, IL 60651
DCN or CB: 015496712               Residence: 4016 W CRYSTAL ST # BSMN CHICAGO, IL 60651
Officer: KOZLAR                    Officer Badge#: 4948    Arresting Agency: CCCS

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 570.0/402-A-2-A | Pcs - Possess 15<100 Grams Cocaine | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/401(a)(1)(A) | MFG/DEL 15<100 GR HEROIN/ANLG | F | 03CR1538401 |

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS  *Disposition Date:* 07-NOV-2005  **CONVICTED**
*Sentence:* DOC 006 YEARS 00 MONTHS 000 DAYS  *Sentence Date:* 07-NOV-2005

============ ARREST ============

Arrest Name: NERO, PIERRE A        Arrest Date: 28-JAN-2003    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ██-OCT-1979          Arrest Address: 910 N TRUMBULL AVE CHICAGO, IL 60651
DCN or CB: 015360925               Residence: 1030 N ST LOUIS AVE CHICAGO, IL

| Officer: | BROWN | Officer Badge#: 14562 | Arresting Agency: CPD |
|---|---|---|---|

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Less Than 15 Grms - Heroin | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402(C) | POSS AMT CON SUB EXCEPT(A)/(D) | F | 03CR0625801 |

Disposition: SENTENCED/PROBATION  
Sentence: PROBATION 000 YEARS 12 MONTHS 000 DAYS  
Disposition Date: 07-NOV-2005  
Sentence Date: 07-NOV-2005   **CONVICTED**

═══════════════════ ARREST ═══════════════════

| Arrest Name: | NERO, PIERRE A | Arrest Date: | 05-NOV-2001 | Holding Facility: CPD - DISTRICT 017 |
|---|---|---|---|---|
| Date of Birth: | ██-███-1979 | Arrest Address: | 3456 N WHIPPLE ST CHICAGO, IL 60618 | |
| DCN or CB: | 014944224 | Residence: | 1030 N STLOUIS CHICAGO, IL | |
| Officer: | MARTIN | Officer Badge#: | 14313 | Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 570.0/402-A-1 | Pcs - Possession - 15+Grms - Heroin | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402(c) | POSS AMT CON SUB EXCEPT(A)/(D) | F | 01CR2950602 |

Disposition: SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS  
Sentence: DOC 001 YEARS 00 MONTHS 000 DAYS  
Disposition Date: 07-NOV-2005  
Sentence Date: 07-NOV-2005   **CONVICTED**

═══════════════════ ARREST ═══════════════════

| Arrest Name: | NERO, PIERRE A | Arrest Date: | 23-SEP-2001 | Holding Facility: CPD - DISTRICT 025 MALE |
|---|---|---|---|---|
| Date of Birth: | ██-███-1979 | Arrest Address: | 6867 W GRAND AV CHICAGO, IL 60635 | |
| DCN or CB: | 014905210 | Residence: | 6867 W GRAND AV CHICAGO, IL 60635 | |
| Officer: | RIVERA | Officer Badge#: | 17368 | Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 570.0/402-A-1 | Pcs - Possession - 15+Grms - Heroin | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/401(D) | OTHER AMT NARCOTIC SCHED I&II | F | 01CR2538101 |

Disposition: NOLLE PROSEQUI  
Sentence:  
Disposition Date: 07-NOV-2005  
Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402(c) | POSS AMT CON SUB EXCEPT(A)/(D) | F | 01CR2538101 |

Disposition: SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS  
Sentence: DOC 001 YEARS 00 MONTHS 000 DAYS  
Disposition Date: 07-NOV-2005  
Sentence Date: 07-NOV-2005   **CONVICTED**

## ARREST

| | |
|---|---|
| Arrest Name: **NERO, PIERRE A** | Arrest Date: **16-MAR-2001**   Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: ██-███-1979 | Arrest Address: **843 N ST LOUIS AV CHICAGO, IL 60651** |
| DCN or CB: **014732354** | Residence: **1030 N ST LOUIS AV CHICAGO, IL 60651** |
| Officer: **AKERSON** | Officer Badge#: **15971**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 550.0/4-A | Cannabis - Possess Less Than 2.5 Grms | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-550/4-A | CANNABIS - POSSESS LESS T | 1 | 20011197404 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**   Disposition Date: **02-MAY-2001**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**   Sentence Date:

## ARREST

| | |
|---|---|
| Arrest Name: **NERO, PIERRE A** | Arrest Date: **10-FEB-2000**   Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: ██-███-1979 | Arrest Address: **630 N LAWNDALE AV CHICAGO, IL** |
| DCN or CB: **014403248** | Residence: **1030 N LAWNDALE AV CHICAGO, IL** |
| Officer: **BROWN** | Officer Badge#: **14562**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 10-8-515 | Soliciting Unlawful Business | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 10-8-515 | SOLICITING UNLAWFUL BUSINESS | | 00205557 |

Disposition: **BAIL BOND FORFEITURE - NON SUIT**   Disposition Date: **05-APR-2000**
Sentence:   Sentence Date:

## ARREST

| | |
|---|---|
| Arrest Name: **NERO, PIERRE A** | Arrest Date: **29-SEP-1999**   Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: ██-███-1979 | Arrest Address: **825 N ST LOUIS AV CHICAGO, IL 60651** |
| DCN or CB: **014302873** | Residence: **1030 N ST LOUIS AV CHICAGO, IL 60651** |
| Officer: **JONES** | Officer Badge#: **5939**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 550.0/4 | Possess Cannabis | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 550/4 | POSSESS CANNABIS | 1 | 19991329554 |

Disposition: **BAIL BOND FORFEITURE**   Disposition Date: **09-NOV-1999**

Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**   Sentence Date:

---ARREST---

Arrest Name: **NERO, PIERRE A**   Arrest Date: **30-AUG-1999**   Holding Facility: **CPD - DISTRICT 011 MALE**
Date of Birth: ██-███-1979   Arrest Address: **959 N ST LOUIS AV CHICAGO, IL 60651**
DCN or CB: **014278652**   Residence: **1030 N ST LOUIS AV CHICAGO, IL 60651**
Officer: **GONZALEZ**   Officer Badge#: **15660**   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | L | 10-8-515 | Soliciting Unlawful Business | |

---ARREST---

Arrest Name: **HAMILTON, RAYMOND A**   Arrest Date: **25-JAN-1999**   Holding Facility: **CPD - DISTRICT 011 MALE**
Date of Birth: ██-███-1979   Arrest Address: **1000 N DRAKE AV CHICAGO, IL 60651**
DCN or CB: **014101097**   Residence: **3456 W AUGUSTA BV CHICAGO, IL 60651**
Officer: **HAYNES**   Officer Badge#: **10603**   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 570.0/402 | Poss. Control Subst-Cocaine | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| PCS | POSSESS CONTROLLED SUBSTANCE | | 99110575301 |

Disposition: **NOLLE PROSEQUI**   Disposition Date: **25-MAR-1999**
Sentence:   Sentence Date:

---ARREST---

Arrest Name: **NERO, PIERRE A**   Arrest Date: **01-SEP-1998**   Holding Facility:
Date of Birth: ██-███-1979   Arrest Address:
DCN or CB: **011164293**   Residence: **1030 N ST LOUIS AV CHICAGO, IL 60651-0000**
Officer: **DOBEK**   Officer Badge#: **18876**   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | PCS | Possess Controlled Substance | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| PCS | POSSESS CONTROLLED SUBSTANCE | | 98114714401 |

Disposition: **FINDING - NO PROBABLE CAUSE - DISMISSED**   Disposition Date: **29-SEP-1998**
Sentence:   Sentence Date:

---ARREST---

Arrest Name: **NERO, PIERRE A**   Arrest Date: **16-AUG-1998**   Holding Facility:

Date of Birth: ■■■-1979  
DCN or CB: 011150019  
Officer: **CYGNAR**

Arrest Address:  
Residence: 1030 N ST LOUIS AV CHICAGO, IL 60651-0000  
Officer Badge#: 11336   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | PCS | Possession Of Other Controlled Substance | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| PCS | POSSESS CONTROLLED SUBSTANCE | | 98114430601 |

Disposition: **NOLLE PROSEQUI**    Disposition Date: **10-SEP-1998**  
Sentence:    Sentence Date:

═══════════ ARREST ═══════════

Arrest Name: **NERO, PIERRE**  
Date of Birth: ■■■-1979  
DCN or CB: 010999442  
Officer:

Arrest Date: **06-MAR-1998**   Holding Facility:  
Arrest Address: 3435 W CHICAGO AV CHICAGO,  
Residence: 1030 N ST LOUIS AV CHICAGO, IL 60651-0000  
Officer Badge#:   Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | DIS CON | Disorderly Conduct | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/26-1(A) | DISORDERLY CONDUCT | M | 98123332701 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**   Disposition Date: **31-MAR-1998**  
Sentence: **NO SENTENCE**    Sentence Date:

═══════════ ARREST ═══════════

Arrest Name: **NERO, PIERRE A**  
Date of Birth: ■■■-1979  
DCN or CB: 010926861  
Officer:

Arrest Date: **23-NOV-1997**   Holding Facility:  
Arrest Address: 1000 N DRAKE AV CHICAGO,  
Residence: 1030 N ST LOUIS AV CHICAGO, IL 60651-0000  
Officer Badge#:   Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | DIS CON | Disorderly Conduct | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/26-1(A) | DISORDERLY CONDUCT | M | 97117306301 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**   Disposition Date: **09-JAN-1998**  
Sentence: **NO SENTENCE**    Sentence Date:

═══════════ ARREST ═══════════

Chicago Police Department on26-MAY-2017 08:26 by PC0E710 for IR # 1185675    Page 8 of 9

Arrest Name: **NERO, PIERRE A**  Arrest Date: **31-MAR-1997**  Holding Facility:
Date of Birth: ██-1979  Arrest Address: **3555 W THOMAS ST CHICAGO,**
DCN or CB: **010485067**  Residence: **1030 N ST LOUIS AV CHICAGO, IL 60651-0000**
Officer:  Officer Badge#:  Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | POSS CANN | Possession Of Cannabis | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 550/4(B) | POSSESS CANNABIS/2.5-1 | M | 97126668501 |

Disposition: **PLEA/GUILTY - FINDING OF GUILTY**  Disposition Date: **28-MAY-1997**  **CONVICTED**
Sentence: **SUPERVISION 6 MONTHS**  Sentence Date: **28-MAY-1997**

━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━

Arrest Name: **NERO, PIERRE A**  Arrest Date: **04-FEB-1997**  Holding Facility:
Date of Birth: ██-1979  Arrest Address: **1000 N DRAKE AV CHICAGO,**
DCN or CB: **010442445**  Residence: **1030 N ST LOUIS AV #1ST CHICAGO, IL 60651-0000**
Officer:  Officer Badge#:  Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | PCS | Possession Of Other Controlled Substance | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 570/402(C | POSSESS <15 GRAMS HERO | M | 97112155101 |

Disposition: **NOLLE PROSEQUI**  Disposition Date: **01-APR-1997**
Sentence: **NO SENTENCE**  Sentence Date:

━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━

Arrest Name: **NERO, PIERRE**  Arrest Date: **22-JAN-1997**  Holding Facility:
Date of Birth: ██-1979  Arrest Address: **601 N SPRINGFIELD AV CHICAGO,**
DCN or CB: **010433382**  Residence: **1030 N ST LOUIS AV CHICAGO, IL 60651-0000**
Officer:  Officer Badge#:  Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/21-2 | CRIM TRESPASS TO VEHIC | M | 97123102601 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  Disposition Date: **17-MAR-1997**
Sentence: **NO SENTENCE**  Sentence Date:

Chicago Police Department on26-MAY-2017 08:26 by PC0E710 for IR # 1185675     Page 9 of 9

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

26-MAY-2017 08:26     Requested by: PC0E710