Chicago Police Department on 26-MAY-2017 11:00 by PC0E710 for IR # 1151101                Page 1 of 6



## CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

### CRIMINAL HISTORY REPORT



CPD-31903C (REV 7/04)

**DOTSON, TIRAE**
IR # 1151101
SID # 36958410
FBI # 197989CB3
IDOC #

Current Arrest Information:

| | | CPD photo |
|---|---|---|
| Date of Birth: | ████ 1976 | MALE |
| Age: | 38 years | BLACK |
| Place of Birth: | ILLINOIS | 5'11" |
| | | 140 lbs |
| Drivers License #: | | EYES : BRO |
| Drivers Lic. State: | | HAIR : BLK |
| Scars, Marks & Tattoos: | | HAIR STYLE : SHORT |
| | | COMPLEXION : DRK |

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used |
|---|---|---|
| ALLEN, TERRENCE | 18-DEC-2010 | ████1988 |
| DOTSON, TIRAE L | 22-JUL-2010 | ████1976 |
| DOTSON, TIRAE | 06-FEB-2009 | ████1976 |
| DOTSON, TIRAE L | 02-SEP-2006 | ████1978 |
| DOTSON, TIRAE L | 18-JUL-1997 | ████1976 |
| DOTSON, TIRAE | 20-FEB-1996 | ████1976 |

Criminal Justice Summary: Total arrests: **13** (2 Felony, 9 Misdemeanor)        Total convictions: **0**

### ARREST

| | | | |
|---|---|---|---|
| Arrest Name: DOTSON, TIRAE | Arrest Date: 16-SEP-2015 | Holding Facility: CPD - DISTRICT 025 MALE | |
| Date of Birth: ██-1976 | Arrest Address: 4131 W CRYSTAL ST # 2 CHICAGO, IL 60651 | | |
| DCN or CB: 019189074 | Residence: 2715 W HARRISON ST CHICAGO, IL 60612 | | |
| Officer: RAMOS | Officer Badge#: 3823 | Arresting Agency: CPD | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402-C | PCS - POSSESSION - POSS AMT C | M | 15112327901 |

Disposition: FINDING - NO PROBABLE CAUSE - DISMISSED        Disposition Date: 13-OCT-2015

EXHIBIT E

http://chris.chicagopolice.org/pls/clear/law...?p=znDvHG3zFSMC...        5/26/2017

Chicago Police Department on 26-MAY-2017 11:00 by PC0E710 for IR # 1151101    Page 2 of 6

Sentence:    Sentence Date:

━━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: DOTSON, TIRAE L | Arrest Date: 08-SEP-2012    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: ****-1976 | Arrest Address: 3511 W AUGUSTA BLVD CHICAGO, IL 60651 |
| DCN or CB: 018491024 | Residence: 1048 N ST LOUIS AVE CHICAGO, IL 60651 |
| Officer: PACHECO | Officer Badge#: 8665    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 725 ILCS 5.0/110-3 | ISSUANCE OF WARRANT | | 12119207701 |

Disposition: ARRESTED ON WARRANT    Disposition Date: 08-SEP-2012
Sentence:    Sentence Date:

━━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: DOTSON, TIRAE L | Arrest Date: 06-MAY-2012    Holding Facility: CPD - DISTRICT 008 |
| Date of Birth: ****-1976 | Arrest Address: 7601 S CICERO AVE CHICAGO, IL 60652 |
| DCN or CB: 018401122 | Residence: 2715 W HARRISON ST CHICAGO, IL 60612 |
| Officer: CRUZ | Officer Badge#: 16359    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 5.0/21-3-A-2 | Criminal Trespass To Land | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-3-A-2 | CRIMINAL TRESPASS TO LAND | M | 12119207701 |

Disposition: BAIL BOND FORFEITURE    Disposition Date: 21-JUN-2012
Sentence:    Sentence Date:

Disposition: SENTENCED/COURT SUPERVISION - SPECIAL CONDITIONS    Disposition Date: 12-SEP-2012
Sentence: SUPERVISION 001 YEARS 00 MONTHS 000 DAYS    Sentence Date: 12-SEP-2012

Disposition: ARREST WARRANT - ORDERED AND ISSUED    Disposition Date: 21-JUN-2012
Sentence:    Sentence Date:

━━━━━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: ALLEN, TERRENCE | Arrest Date: 18-DEC-2010    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: ****-1988 | Arrest Address: 3357 W CHICAGO AVE CHICAGO, IL 60651 |
| DCN or CB: 018040312 | Residence: 912 N TRUMBULL AVE CHICAGO, IL 60651 |
| Officer: BOARDMAN | Officer Badge#: 7849    Arresting Agency: CPD |

Count Class Type Statute    Arrest Charge Description    Inchoate

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 5.0/21-3-A-1 | Criminal Trespass To Real Property | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-3-A-1 | CRIMINAL TRESPASS TO REAL | M | 10127449001 |

Disposition: BAIL BOND FORFEITURE        Disposition Date: 28-JAN-2011
Sentence:                                 Sentence Date:

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 28-JAN-2011
Sentence:                                 Sentence Date:

═══════════════ ARREST ═══════════════

Arrest Name: DOTSON, TIRAE L          Arrest Date:    22-JUL-2010    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: 1██████1976            Arrest Address: 1047 N  ST LOUIS AVE   CHICAGO, IL 60651
DCN or CB:   017928262                Residence:      1048 N  ST LOUIS AVE   CHICAGO, IL 60651
Officer:     PETERSON                 Officer Badge#: 10135      Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-2-A-6 | Agg Assault - Peace Officer/Fireman | OFFENSE AS CITED |

═══════════════ ARREST ═══════════════

Arrest Name: DOTSON, TIRAE L          Arrest Date:    29-OCT-2009    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: 1██████1976            Arrest Address: 1040 N  KEDZIE AVE     CHICAGO, IL 60651
DCN or CB:   017712435                Residence:      1048 N  ST LOUIS AVE   CHICAGO, IL 60651
Officer:     ROGERS                   Officer Badge#: 3836       Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - |  | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 725 ILCS 5.0/110-3 | ISSUANCE OF WARRANT-DUPAGE COUNTY POLICE DEPT |  |  |

Disposition: ARRESTED ON WARRANT       Disposition Date: 29-OCT-2009
Sentence:                              Sentence Date:

═══════════════ ARREST ═══════════════

Arrest Name: DOTSON, TIRAE             Arrest Date:    06-FEB-2009    Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: 1██████1976             Arrest Address: 1048 N  ST LOUIS AVE   CHICAGO, IL 60651
DCN or CB:   017482261                 Residence:      1048 N  ST LOUIS AVE   CHICAGO, IL 60651
Officer:     ROGERS                    Officer Badge#: 3836       Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3.2-A-1 | Domestic Battery - Bodily Harm | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3.2-A-1 | DOMESTIC BATTERY - BODILY | M | 09119142101 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE  Disposition Date: 24-FEB-2009
Sentence:  Sentence Date:

## ARREST

Arrest Name: DOTSON, TIRAE  Arrest Date: 03-AUG-2008  Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ███-1976  Arrest Address: 1048 N ST LOUIS AVE CHICAGO, IL 60651
DCN or CB: 017320643  Residence: 1048 N ST LOUIS AVE CHICAGO, IL 60651
Officer: MURPHY  Officer Badge#: 14481  Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3.2-A-2 | Domestic Battery - Physical Contact | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3.2-A-2 | DOMESTIC BATTERY - PHYSIC | M | 08144229001 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE  Disposition Date: 18-AUG-2008
Sentence:  Sentence Date:

## ARREST

Arrest Name: DOTSON, TIRAE L  Arrest Date: 02-SEP-2006  Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ███-1978  Arrest Address: 1048 N ST LOUIS AVE CHICAGO, IL 60651
DCN or CB: 016646513  Residence: 1048 N ST LOUIS AVE CHICAGO, IL 60651
Officer: PARKS  Officer Badge#: 16432  Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3.2-A-1 | Domestic Battery - Bodily Harm | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5-12-3.2-A-1 | DOMESTIC BATTERY | M | 06125922101 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE  Disposition Date: 19-SEP-2006
Sentence:  Sentence Date:

## ARREST

Arrest Name: DOTSON, TIRAE L  Arrest Date: 08-JUN-2006  Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: ███-1976  Arrest Address: 1048 N ST LOUIS AVE CHICAGO, IL 60651
DCN or CB: 016560361  Residence: 1048 N ST LOUIS AVE CHICAGO, IL 60651
Officer: RYSZKA  Officer Badge#: 12561  Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/12-1-A | Assault - Simple | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-1-A | ASSAULT - SIMPLE | M | 06143768401 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 21-JUL-2006
Sentence:    Sentence Date:

---

**ARREST**

Arrest Name: DOTSON, TIRAE L    Arrest Date: 11-OCT-1997    Holding Facility:
Date of Birth: ███-1976    Arrest Address: 2501 W ADDISON ST CHICAGO,
DCN or CB: 010845229    Residence: 1048 N ST.LOUIS CHICAGO, IL 60651-0000
Officer:    Officer Badge#:    Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 56.5-1402-A | Poss Cont Sub | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 56.5-1402-A | POSS CONT SUB | F | 97115421201 |

Disposition: NOLLE PROSEQUI    Disposition Date: 14-OCT-1997
Sentence:    Sentence Date:

---

**ARREST**

Arrest Name: DOTSON, TIRAE L    Arrest Date: 18-JUL-1997    Holding Facility:
Date of Birth: ███-1976    Arrest Address: 3700 W CHICAGO AV CHICAGO,
DCN or CB: 010602845    Residence: 1048 N ST LOUIS CHICAGO, IL 60634-0000
Officer:    Officer Badge#:    Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/26-1-A-1 | Disorderly Conduct - Breach Of Peace | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/26-1(A) | DISORDERLY CONDUCT | M | 97135501701 |

Disposition: BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE    Disposition Date: 02-SEP-1997
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

Disposition: BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE    Disposition Date: 02-SEP-1997
Sentence:    Sentence Date:

---

**ARREST**

Arrest Name: DOTSON, TIRAE    Arrest Date: 20-FEB-1996    Holding Facility:
Date of Birth: ███-1976    Arrest Address: 1000 N ST LOUIS AV CHICAGO, IL
DCN or CB: 010165931    Residence: 1048 N ST LOUIS CHICAGO, IL 00000-0000
Officer: HERRERA    Officer Badge#: 7208    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/26-1-A-1 | Disorderly Conduct - Breach Of Peace | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 ILCS 5.0/26-1-A-1 | DISORDERLY CONDUCT - BREACH OF PEACE | M | 96124248001 |

*Disposition:* **BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE** *Disposition Date:* **18-MAR-1996**
*Sentence:*   *Sentence Date:*

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

26-MAY-2017 11:00     Requested by: PC0E710